IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.

Dated: October 14, 2009



_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**

# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-62663

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:08-bk-12336-SSC |
| Gary Louis Weldon and Nicole Ann Weldon<br>Debtors. | Chapter 11 |
| Wells Fargo Bank, N.A.<br>Movant, | ORDER |
| vs. | (Related to Docket #308) |
| Gary Louis Weldon and Nicole Ann Weldon,<br>Debtors, Office of the US Trustee, Trustee. | |
| Respondents. | |

     Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

     IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated with respect to that certain real property which is the

subject of a Deed of Trust dated July 21, 2006 and recorded in the office of the Maricopa County Recorder's Office wherein Wells Fargo Bank, N.A. is the current beneficiary, further described as:

Lot 24, TUSCAN SPRINGS, according to Book 662 of Maps, Page 31, Records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtors may convert.



DATED this ____day of _____, 2009.


_____
JUDGE OF THE U.S. BANKRUPTCY COURT