```
                                    IT IS HEREBY ADJUDGED
                                    and DECREED this is SO
                                    ORDERED.
```

AIKEN SCHENK HAWKINS & RICCIARDI P.C.
4742 North 24th Street Suite 100
Phoenix, Arizona 85016-4859         Dated: October 14, 2009
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
D. Lamar Hawkins – 013251
Email: dlh@ashrlaw.com
Attorneys for Debtors



_____
SARAH S. CURLEY
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| GREGORY LOUIS WELDON and NICOLE ANN WELDON, | Case No. 2:08-bk-12336-SSC |
| Debtors. | **ORDER GRANTING STIPULATION FOR ADEQUATE PROTECTION** |
| Address:   P.O. Box 12696<br>                    Scottsdale, AZ  85086 | |
| Social Security Nos.: xxx-xx-8799<br>                              xxx-xx-0152 | |

This matter having come before the court on a motion for relief from the automatic stay;

The parties having resolved the Motion by Stipulation;

The Court having reviewed the Stipulation;

And for other good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Stipulation filed simultaneously herewith is granted pursuant to the terms and conditions of the same.

**IT IS FURTHER ORDERED** that any hearing on the Motion is vacated.

**DATED AND SIGNED ABOVE**